■ In the Matter of BETTY ANN KEIPPER, Also Known as BETTY K. KEIPPER, Deceased. BONNIE K. FARRELL, Appellant; JUDY ANN RODERICK, Respondent. [832 NYS2d 855]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered December 14, 2005 in a proceeding pursuant to SCPA 2103. The order dismissed the petition.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs for the reasons stated in decision by the Surrogate. Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.